```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :    INDICTMENT

          v.                     :    08 Cr.

FNU LNU,                         :
     a/k/a "Jesus Charriez,"
                                 :
          Defendant.
                                 :
- - - - - - - - - - - - - - - -x
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: FEB 28 2008**

**08 CRIM 164**

## COUNT ONE

The Grand Jury charges:

1. From at least on or about June 23, 2003, through on or about May 1, 2004, in the Southern District of New York and elsewhere, FNU LNU, a/k/a "Jesus Charriez," the defendant, unlawfully, willfully, and knowingly, did embezzle, misapply, steal, obtain by fraud, false statement, and forgery, and did fail to refund funds, assets, and property provided and insured under subchapter IV of Title 20 of the United States Code and part C of subchapter I of chapter 34 of Title 42 of the United States Code, to wit, FNU LNU, a/k/a "Jesus Charriez," received federal loans and grants through false statements he made on loan applications which he submitted to receive such federal loans and grants.

(Title 20, United States Code, Section 1097(a).)

## COUNT TWO

The Grand Jury further charges:

2. From at least on or about June 23, 2003, through

on or about May 1, 2004, in the Southern District of New York and elsewhere, FNU LNU, a/k/a "Jesus Charriez," the defendant, unlawfully, willfully, and knowingly and with intent to deceive, for the purpose of obtaining for himself payments and any other benefits to which he was not entitled, and for the purpose of obtaining anything of value from any person, and for any other purpose, did falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to him, to wit, FNU LNU, a/k/a "Jesus Charriez," used a social security number ending in 5948 on applications for loans and grants that in fact was not the social security number assigned to him.

(Title 42, United States Code, Section 408(a)(7)(B).)


_____      _____
Foreperson                                    MICHAEL J. GARCIA
                                                United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

FNU LNU,
a/k/a "Jesus Charriez,"

Defendant.

INDICTMENT

08 Cr.

(20 U.S.C. § 1097 and 42 U.S.C. § 408.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____ Foreperson.

2/28/08 Filed Indictment. A/W closed. Case assigned to Judge Baer. s/Mag. Judge Katz