UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

------------------------------------------------------------X

UNITED STATES OF AMERICA,

    - against -

"FNU/LNU" a/k/a Jesus Charriez

------------------------------------------------------------X

ORDER
08 CR 164

    UPON THE APPLICATION OF SUSAN J. WALSH, ESQ, for a modification of the bail conditions of the above named defendant made orally and by letter application on the 14th day of March 2008 and with the Government's consent; it is hereby

    ORDERED that the bail conditions of Jesus Charriez are modified as follows:

    Any two financially responsible individuals, subject to approval by the Government, may serve as sureties and co-signers on the bail bond set in the amount of $100,000, regardless of their relationship to the defendant; and

    If the Defendant is in possession of any identification or travel documents issued by the Dominican Republic, those items shall be surrendered as an additional condition of his release.

    All other conditions set on March 3, 2008 at the time of arraignment shall remain requirements of the bail conditions.

SO ORDERED

_____
Honorable Harold Baer

Date: New York, New York
March 17, 2008