# M&B

MOSKOWITZ & BOOK, LLP

Susan J. Walsh
Partner
SWalsh@moskowitzandbook.com

1372 Broadway, Suite 1402
New York, NY 10018
Phone: (212) 221-7999
Fax: (212) 398-8835
www.moskowitzandbook.com

RECEIVED APR 18 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

April 18, 2008

Hon. Harold Baer
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

Re:   *United States v. "FNU/LNU" aka Jesus Charriez* 08 Crim 164

Dear Judge Baer:

I am writing to respectfully request permission for my client to travel to Cranston, Rhode Island in order to work during the pendency of his case. My client is on pre-trial supervision and is at liberty on $100,000 bond co-signed by two financially responsible individuals. In addition, the Court should be aware that my client has surrendered travel documents issued by the Dominican Republic as a condition of his release.

The Defendant is currently residing in the Bronx, and reports telephonically to pre-trial services twice a week and reports in person every two weeks. In light of the plea/trial date currently scheduled for June 12th, I am requesting that he be permitted to remain under supervision in New York, but that the bail conditions be modified to permit travel to and from Rhode Island as part of his pre-trial travel restrictions. I have annexed a letter from his employer Suarez & Suarez Design, LLC attesting to an employment opportunity during the week in Rhode Island.

I have spoken to AUSA Daniel Goldman today who has no objection to this modification of the defendant's bail conditions.

No objection

SO ORDERED:

Harold Baer, Jr., U.S.D.J.
4/21/08

Respectfully submitted,

Susan J. Walsh

Cc: AUSA Daniel Goldman (By Fax)