```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA            :    08 Cr. 164 (HB)___

          - v. -                    :

ANGEL FELIZ,                        :
     a/k/a "Jesus Charriez,"
                                    :
          Defendant.
                                    :
- - - - - - - - - - - - - - - - - X
```

The above-named defendant, who is accused of violating Title 20, United States Code, Section 1097 and Title 42, United States Code, Section 408, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant   *[signed: Angel M. Feliz]*

_____
Witness

_____
Counsel for Defendant

Date:    New York, New York
         June 4, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 4 2008
```

0202