```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :    INFORMATION

         -v.-                      :    S1 08 Cr. 164 (HB)

ANGEL FELIZ,                       :
     a/k/a "Jesus Charriez,"
                                   :
              Defendant.
                                   :
- - - - - - - - - - - - - - - - - -x
```

ELECTRONICALLY FILED
JUN 0 4 2008

## COUNT ONE

The United States Attorney charges:

1. From at least on or about June 23, 2003, through on or about May 1, 2004, in the Southern District of New York, ANGEL FELIZ, a/k/a "Jesus Charriez," the defendant, unlawfully, willfully, and knowingly, did embezzle, misapply, steal, obtain by fraud, false statement, and forgery, and fail to refund funds, assets, and property provided and insured under subchapter IV of Title 20 of the United States Code and part C of subchapter I of chapter 34 of Title 42 of the United States Code, to wit, FELIZ submitted fraudulent loan applications to receive federal loans and grants, and thereby fraudulently obtained such loans and grants.

(Title 20, United States Code, Section 1097(a).)

## COUNT TWO

The United States Attorney further charges:

2. From at least on or about June 23, 2003, through on or about May 1, 2004, in the Southern District of New York,

ANGEL FELIZ, a/k/a "Jesus Charriez," the defendant, for the purpose of obtaining for himself any payment and any other benefit to which he was not entitled, and for the purpose of obtaining anything of value from any person, and for any other purpose, with intent to deceive, did falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to him, to wit, with intent to deceive, FELIZ used a social security number ending in -5948 on applications for loans and grants that in fact was not the social security number assigned to him.

(Title 42, United States Code, Section 408(a)(7)(B).)

*[signature: Michael J. Garcia]*
MICHAEL J. GARCIA
United States Attorney

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

ANGEL FELIZ,
a/k/a "Jesus Charriez,"

Defendant.

---

**INFORMATION**

S1 08 Cr. 164

(20 U.S.C. § 1097, 42 U.S.C. § 408)



MICHAEL J. GARCIA
United States Attorney.

---

6/4/08 - Waiver of Information and Indictment filed. Deft arraigned and pleads not guilty. Deft Atty Susan Walsh and AUSA Dan Goldman both present. Ct rpt. present.

Baer J.

6/4/08 - Deft present w/atty Susan Walsh. AUSA Dan Goldman present. Ct rpt. present. Deft withdraws plea of not guilty and pleads guilty as charged. Plea Agreement marked as Ct. Exh A. Court accepts plea of guilty. Sentence set for

Baer J.